TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00470-CR

Michael Hays, Appellant

v.

The State of Texas, Appellee

FROM THE DISTRICT COURT OF BEXAR COUNTY, 175TH JUDICIAL DISTRICT

NO. 97CR1767W, HONORABLE MARY ROMAN, JUDGE PRESIDING

PER CURIAM

Appellant pleaded guilty to an information accusing him of driving while intoxicated, felony
offense. Tex. Penal Code Ann. §§ 49.04(a), 49.09(b) (West Supp. 1998). The district court adjudged
him guilty and, pursuant to a plea bargain agreement, assessed punishment at imprisonment for six years.

Appellant's court-appointed attorney filed a brief concluding that the appeal is frivolous and
without merit. The brief meets the requirements of Anders v. California, 386 U.S. 738 (1967), by
presenting a professional evaluation of the record demonstrating why there are no arguable grounds to be
advanced. See also Penson v. Ohio, 488 U.S. 75 (1988); High v. State, 573 S.W.2d 807 (Tex. Crim.
App. 1978); Currie v. State, 516 S.W.2d 684 (Tex. Crim. App. 1974); Jackson v. State, 485 S.W.2d
553 (Tex. Crim. App. 1972); Gainous v. State, 436 S.W.2d 137 (Tex. Crim. App. 1969). A copy of
counsel's brief was delivered to appellant, and appellant was advised of his right to examine the appellate
record and to file a pro se brief. No pro se brief has been filed.

We have reviewed the record and counsel's brief and agree that the appeal is frivolous and
without merit. Further, we find nothing in the record that might arguably support the appeal.

The judgment of conviction is affirmed.

Before Chief Justice Yeakel, Justices Aboussie and Jones

Affirmed

Filed: June 4, 1998

Do Not Publish